In the Matter of the Application of THE THIRD AVENUE RAILWAY COMPANY, Petitioner, for a Certiorari Order to Be Directed to WILLIAM G. FULLEN and Others, Constituting the Transit Commission of the State of New York, Being the Metropolitan Division of the Department of Public Service of the State of New York, Respondents.— Order of certiorari dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Estate of OSCAR J. GUDE, Deceased. In the Matter of the Application of KERWIN H. FULTON, as Executor and Trustee, etc., of OSCAR J. GUDE, Deceased, Appellant, to Vacate and Annul the Decree Made by This Court on March 18, 1931, and to Vacate and Annul the So-called Stipulation Agreement Made between the Trustees, Beneficiaries and WALTER E. GUDE and KERWIN H. FULTON, upon which Said Decree Was Based. MARY GUDE BURDICK and Others, Respondents.— Order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [151 Misc. 59.]

In the Matter of the Application of ANDREW G. MCLAUGHLIN, Petitioner, against EDWARD P. MULROONEY, as Police Commissioner of the City of New York, Respondent.— Order of certiorari dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JULIA HAGAN, Respondent, v. STANDARD OIL COMPANY OF NEW YORK, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAXWELL M. BOOXBAUM, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ARTHUR C. HELLER, Appellant, v. NATHAN EPSTEIN, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MARY MURPHY and Another, Appellants, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JANET FOSDICK, Respondent, v. INVESTORS SYNDICATE, a Corporation Incorporated under the Laws of the State of Minnesota, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DAVID KAUFMAN, Respondent, v. INVESTORS SYNDICATE, Appellant.†— Judgment and order affirmed, with costs, on the authority of Fosdick v. Investors Syndicate [ante, p. 609], decided herewith. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [148 Misc. 624. See, also, 149 Misc. 686.]

In the Matter of the Judicial Settlement of the First Intermediate Account of Proceedings of ADELIA M. CORBIN and Another, as Executors, etc., of FLOYD S. CORBIN, Deceased. ADELIA M. CORBIN and Another, as Executors, etc., and ADELIA M. CORBIN, Individually, Respondents; ORA C. GREGORY and Others, Appellants.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the estate. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

* Revd., 266 N. Y. 130.          † Revd., 266 N. Y. ——.